## STUDEBAKER BROS. MFG. CO. *et al. v.* KEY *et al.*

*Lumpkin, J.*—The general charge of the court substantially covered the requests to charge presented by the losing party, so far as the same were legal and pertinent; there was no error in the charges complained of; the evidence, though conflicting, warranted the verdict; and on the whole, there is no cause for a new trial.                                   *Judgment affirmed.*

June 8, 1896.  By two Justices.  Argued at the last term.

Equitable petition.   Before Judge Hutchins.   Randolph superior court.   November term, 1894.

*Clifford Anderson* and *J. W. Walters*, for plaintiffs.
*W. D. Kiddoo, W. C. Worrill* and *Hood & Moye*, for defendants.

---

## G. D. WITT SHOE COMPANY *v.* BORDEAUX *et al.*

*Simmons, C. J.*—This court cannot undertake to determine whether or not there was an abuse of discretion in refusing to grant an injunction and appoint a receiver, when there has been a total disregard of the law as to the method of bringing evidence to this court, the document purporting to be a brief of the same consisting of numerous deeds, affidavits, itemized accounts and other papers, none of which are in any manner abbreviated, and many of which are manifestly useless for the purpose of reviewing the judgment sought to be reversed.
                                        *Writ of error dismissed.*

June 12, 1896.  By two Justices.  Argued at the last term.

*Williams & Williams*, for plaintiffs.
*J. B. Greiger* and *T. L. Holton*, for defendants.